# United States District Court
## Violation Notice

CVB Location Code: **MD12**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3644450 | Hill | 1529 |

CVB scan #: 3644450

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/19/2012 1302
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code: 45 ec 3-24

Place of Offense: NIH 5A

Offense Description: Factual Basis for Charge — HAZMAT ☐

Fail to display valid/current NIH

### DEFENDANT INFORMATION

Last Name: Jones
First Name: Antoine
M.I.: D.

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7AR1733 | MD | 12 | Hyundai | | Blue |

10-02555R
exp. 04/2012

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 75 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident